**RUSHER v. TOMLINSON**

[343 N.C. 119 (1996)]

E. ALAN RUSHER AND H & R TOWING, INC., Petitioners v. EUGENE B. TOMLINSON, CHAIRMAN, NORTH CAROLINA COASTAL RESOURCES COMMISSION AND NORTH CAROLINA COASTAL RESOURCES COMMISSION, Respondents, and ATLANTIC DIVING AND MARINE, INC., Intervenor-Respondent

No. 341A95

(Filed 4 April 1995)

Appeal by petitioners pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 119 N.C. App. 458, 459 S.E.2d 285 (1995), affirming an order entered by Gore, J., on 12 May 1994, in Superior Court, Brunswick County. Heard in the Supreme Court 13 March 1996.

*Murchison, Taylor, Kendrick, Gibson & Davenport, L.L.P., by Alan D. McInnes and Michael Murchison, for petitioner-appellants.*

*Michael F. Easley, Attorney General, by Robin W. Smith, Assistant Attorney General, for respondent-appellees.*

*Clark, Newton, Hinson & McLean, L.L.P., by Reid G. Hinson, for intervenor-respondent-appellee.*

PER CURIAM.

AFFIRMED.